UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOAN HUDDLESTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 1:23-cv-02051-TWP-MG |
| | ) |
| KROGER LIMITED PARTNERSHIP and JOHN DOE | ) |
| | ) |
| Defendants. | ) |

**AGREED MOTION TO DISMISS**

Plaintiff, Joan Huddleston ("Plaintiff") and Defendant, Kroger Limited Partnership I ("Kroger"), by their respective counsel, respectfully move the court to dismiss this cause of action in its entirety, including any and all motions now pending before the Court. In support, the parties would show the court as follows:

1. On July 16, 2024, the above-referenced parties reached a settlement agreement including an agreement to dismiss this action with prejudice.

**WHEREFORE,** Plaintiff, Joan Huddleston ("Plaintiff") and Defendant, Kroger Limited Partnership I ("Kroger"), by their respective counsel, respectfully move the court to dismiss this cause of action with prejudice, including all motions now pending before the Court, and for all other just and proper relief.

Respectfully submitted,

**YOSHA COOK & TISCH**

*/s/Nicholas Tuttle, Jr.*
Kyle L. Christie
Atty for Plaintiff, Joan Huddleston

Respectfully submitted,

**COOTS, HENKE & WHEELER, P.C.**

*/s/ Jeffrey S. Zipes*
Jeffrey S. Zipes
Atty for Defendant, Kroger Limited Partnership I

## CERTIFICATE OF SERVICE

      I hereby certify that on **August 12, 2024,** a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operations of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Nicholas Tuttle, Jr.
Yosha Cook & Tisch
9102 N. Meridian Street, Ste. 535
Indianapolis, IN 46240

      /s/ *Jeffrey S. Zipes*
      Jeffrey S. Zipes

Jeffrey S. Zipes    #15303-29
**COOTS, HENKE & WHEELER, P.C.**
255 East Carmel Drive
Carmel, Indiana 46032-2689
(317) 844-4693 Telephone
(317) 573-5385 Facsimile