UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOAN HUDDLESTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:23-cv-02051-TWP-MG |
| ) | |
| KROGER LIMITED ) | |
| PARTNERSHIP and JOHN DOE ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, Joan Huddleston, and Defendant, Kroger Limited Partnership I, by their respective counsel, having filed their Agreed Motion to Dismiss, and the Court having examined said Motion and being duly advised in the premises, now finds that said Motion should be GRANTED.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause of action shall be and hereby is dismissed with prejudice.

Date: 8/13/2024

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution Via Electronic Service